**Marc I. Zussman (S.B. # 58732)**  JS-6
**Law Offices of Marc I. Zussman**
**10250 Constellation Blvd., Suite 2900**
**Los Angeles, CA 90067**
**Telephone: (310) 881-6804**
**Facsimile: (310) 881-6805**

Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTINE EHRENCLOU, an individual, | CASE NO. 2:12-CV-09398-PA-E |
| Plaintiff, | **ORDER AND STIPULATION TO REMAND REMOVED ACTION** |
| v. | |
| BANK OF AMERICA, NATIONAL ASSOCIATION, a National Banking Association; and DOES 1 through 50, inclusive, | |
| Defendants. | |

MARTINE EHRENCLOU (**"Mrs. Ehrenclou"** or **"Plaintiff"**) and BANK OF AMERICA, NATIONAL ASSOCIATION (**"BANA"** or **"Defendant"**) stipulate as follows:

1. On October 2, 2012, Plaintiff commenced an action in the Superior Court for the State of California in and for the County of Los Angeles, entitled Martine Ehrenclou, an individual, Plaintiff vs. Bank of America, National Association, a National Banking Association, and DOES 1 to 50 inclusive, Defendants, as Case Number BC493159 (the **"Action"**).

2. Defendants acknowledged service of the complaint on or about October 22, 2012.

3. On November 5, 2012, Defendants filed a notice of removal of the Action pursuant to U.S.C. §1441(b) with the United States District Court for the Central District of California.

4. On November 2, 2012, Defendants completed the removal process by filing a conformed copy of the notice of removal with the Los Angeles County Superior Court.

5. After some discussion, the parties have agreed that the Action should be remanded to the Los Angeles County Superior Court. Defendants have agreed to allow Plaintiff to file a first amended complaint joining Charles Wagner, Plaintiff's investment advisor, and at all times alleged in the First Amended Complaint, a citizen of California, as a party in the action. To that end, the Parties hereby stipulate that the Action be remanded to the Los Angeles County Superior Court.

Dated: December 19, 2012

Respectfully submitted,
LAW OFFICES OF MARC I. ZUSSMAN


By:_____
MARC I. ZUSSMAN
Attorney for Plaintiff

Dated: December    , 2012

Gonzalez Saggio & Harlan


By:_____
MARAL GASPARIAN
NELSON ATKINS
Attorneys for Defendants

## ORDER

On December    , 2012, the Parties to the above-referenced action filed a Stipulation to Remand Removed Action. The Court having reviewed that stipulation and good cause appearing, orders as follows:

1. The Parties' stipulation is approved;

2. Central District of California case number 2:12-cv-09398-PA-E styled MARTINE EHRENCLOU v. BANK OF AMERICA, NATIONAL ASSOCIATION is hereby remanded to Los Angeles County Superior Court.

IT IS SO ORDERED.

Dated:_December 20, 2012__                    _____

3